JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF BRETT ALAN MAY, Sr., <br><br> Applicant. | Case No. EDCV 09-2145-ODW (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Motion for Stay and Abeyance of Habeas Petition, and Summarily Dismissing Matter Without Prejudice,

IT IS ADJUDGED that this matter is summarily dismissed without prejudice.

DATED: December 2, 2009

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE